**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NOV 1 5 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:05CR257-A |
| v. | ) | [47 USC 605(e)(4)] |
| | ) | |
| GARY WAYNE PEARSON | ) | **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

From on or about April 16, 2005, in Houston County, within the Middle District of Alabama, and elsewhere, the defendant,

GARY WAYNE PEARSON,

manufactured, assembled, modified, sold, and distributed an electronic, mechanical, and other device and equipment, knowing and having reason to know that the device and equipment was primarily of assistance in the unauthorized decryption of satellite cable programming, and direct-to-home satellite services, in violation of Title 17, United States Code, Section 605(e)(4).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Todd A. Brown
Assistant United States Attorney