AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__       District of       __ALABAMA__

UNITED STATES OF AMERICA

V.

GARY WAYNE PEARSON
212 TERRACE DRIVE
HEADLAND, AL 36345

**WARRANT FOR ARREST**

Case Number:   1:05CR257-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     __GARY WAYNE PEARSON__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

UNAUTHORIZED COMMUNICATIONS (SATELLITE PIRACY) (1 Count)

in violation of Title ___47___ United States Code, Section(s) _605(e)(4)_

__DEBRA P. HACKETT__
Name of Issuing Officer

_Signature of Issuing Officer_ - DEPUTY CLERK     11/16/05    DATE

__CLERK OF COURT__
Title of Issuing Officer

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $  to be set at initial appearance          BY   U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |