| COURTROOM DEPUTY MINUTES | DATE: 11/18/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:10 - 3:16 |

- ✓ **INITIAL APPEARANCE**
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
|---|---|
| CASE NO. **1:05CR257-A-CSC** | DEFT. NAME: **GARY WAYNE PEARSON** |
| USA: **A. CLARK MORRIS** | ATTY: **LESLIE SMITH** (*FOR STAND-IN ONLY*) |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO; |
| USPTSO/USPO: **TAMARA MARTIN** | |
| Defendant ___ does ✓ does NOT need an interpreter; | Interpreter present ✓ |
| NO ___ YES ___ NAME: ___ | |

- ✓ Kars.    Date of Arrest **11/18/05**  or  ☐ karsr40
- ✓ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ kcnsl.    Deft. First Appearance with Counsel
- ☐    Requests appointed Counsel  ☐ **ORAL MOTION** for Appointment of Counsel
- ✓ Finaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted    **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- ☐ k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ✓ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- ✓ kbnd.    ✓ **BOND EXECUTED** (M/D AL charges) $ **25,000**   Deft released (kloc LR)
-     ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ karr.    ARRAIGNMENT SET FOR: **11/30/05 @ 10:00 A.M**  ☐ **HELD**. Plea of **NOT GUILTY** entered.
-     ☐ Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE**: _____
-     DISCOVERY DISCLOSURES DATE: _____
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ kwvspt    **Waiver of Speedy Trial Act Rights Executed.**

Court finds that the deft has sufficient funds to hire an attorney and is advised to do so ASAP.