IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO.:   1:05CR257-A |
| ) | |
| GARY WAYNE PEARSON ) | |

**ORDER**

For good cause, it is

**ORDERED** that the Arraignment in this be and is hereby set in the above-styled case for **November 30, 2005, at 10:00 a.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. At the initial appearance, the court determined that the defendant had sufficient funds to obtain counsel, and the defendant is reminded that counsel must appear with him at arraignment.

Done this 18th day of November, 2005.

                                  /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE