# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **11/30/05**

DIGITAL RECORDING: **10:42 - 10:45**

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:05CR257-A-CSC**   DEFT. NAME: **GARY WAYNE PEARSON**

USA: **KARL D. COOKE, JR.**   ATTY: **SAMUEL L. ADAMS**

Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____ does √ does NOT need an interpreter;

Interpreter present √ NO ___ YES   NAME_____

- ☐ Kars.   Date of Arrest _____ or  ☐ karsr40
- √ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.  Deft. First Appearance with Counsel
- ☐        Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ Finaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization  - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐        Deft. Advises he will retain counsel. Has retained _____
- ☐        Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐        Government's WRITTEN Motion for Detention Hrg. filed.
- ☐        DETENTION HRG ☐ held; ☐ Set for _____; ☐ Prelim. Hrg ☐ Set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
- ☐ loc.(LC) ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
-           Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.     Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐        Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.  ARRAIGNMENT SET FOR: _____  √ HELD. Plea of **NOT GUILTY** entered.
-          √ Trial Term **3/20/06** ; ☐ PRETRIAL CONFERENCE DATE: _____
-          √ DISCOVERY DISCLOSURES DATE: **11/30/05**
- ☐ Krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- √ Kwvspt  **Waiver of Speedy Trial Act Rights Executed.**