IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>     )<br>v. )<br>     )<br>GARY WAYNE PEARSON, )<br>    Defendant. ) | CASE NO: 1:05CR257-A |

### ENTRY OF APPEARANCE

**COMES NOW**, Samuel L. Adams, attorney at law, and gives notice of appearance as the retained attorney of record for the Defendant in the above-styled cause.

Respectfully submitted on this 28th day of November, 2005.

_____
SAMUEL L. ADAMS (ADA017)
P O Box 1690
Dothan, AL 36302
334-792-0965
334-794-6889 Fax

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the United States Attorney by placing a copy of the same in the United States mail, postage prepaid and addressed as follows on this 28th day of November, 2005.

Honorable Luera Garrett Canary
One Court Square
Suite 201
Montgomery, AL 36104

_____
Samuel L Adams