IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:05cr257-A |
| GARY WAYNE PEARSON | ) | |

### **ORDER**

Upon consideration of the Motion for Leave to Amend Indictment (Doc. #4), filed by the United States on November 18, 2005, and the Defendant having stated in open court at his arraignment held on November 30, 2005, that he did not object, the motion is GRANTED, and it is hereby

ORDERED that the United States is granted leave to amend the Indictment to correctly identify the code section within the body of the Indictment to read "Title 47, United States Code, Section 605(e)(4)."

DONE this 8th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE