| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :** JANUARY 20, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:16 - 1:17** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>   **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>1:05CR257-WHA-CSC</u>   **DEFENDANT NAME:** <u>GARY W. PEARSON</u>

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TODD A. BROWN | ATTY. SAMUEL L. ADAMS - NOT PRESENT |

☐   **DISCOVERY STATUS:**
_____
_____

☐   **PENDING MOTION STATUS:**
_____
_____

☐   **PLEA STATUS:**
_____
_____

☐   **TRIAL STATUS:**
_____
_____

√   **REMARKS:** Will reset pretrial conference for sometime within the next 2 weeks.
_____