IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CR NO.  1:05CR257-WHA-CSC |
| ) | |
| GARY WAYNE PEARSON ) | |
| ) | |

**ORDER**

For good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **February 27, 2006 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 1st day of February, 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE