| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   FEBRUARY 27, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:08 - 1:10** |

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:05CR257-WHA-CSC      **DEFENDANT NAME:** GARY W. PEARSON

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  A. CLARK MORRIS | ATTY. SAMUEL L. ADAMS |

---

√   **DISCOVERY STATUS:** Completed.

√   **PENDING MOTION STATUS:**   None.

√   **PLEA STATUS:**   There are some plea discussions.

√   **TRIAL STATUS:** Case will take 2 days, if goes to trial.

☐   **REMARKS:**