```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                   SOUTHER DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **VS.** | * Case No.: 1:05-cr-257-WHA |
| | * |
| **GARY WAYNE PEARSON,** | * |
| | * |
| **DEFENDANT.** | * |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** Samuel L. Adams, attorney for Defendant, Gary Wayne Pearson, and makes known to this Court that Gary Wayne Pearson intends to change his plea in this case to guilty upon receipt of Plea Agreement with United States Attorney.

Respectfully submitted this _____ day of March, 2006.

MERRILL, HARRISON & ADAMS

_____
Samuel L. Adams (ADA017)
Attorney for Defendant
P. O. Box 1690
Dothan, Alabama 36302
(334)792-0965
(334)794-6889 (Fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document upon the United States Attorney by placing a copy of the same in the United States mail, postage prepaid and addressed as follows on this the ____ day of March, 2006

Todd A. Brown, Esq.
One Court Square
Suite 201
Montgomery, AL  36104

 

                                                     _____
                                                     Samuel L. Adams