IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:05cr257-WHA |
| | ) | |
| GARY WAYNE PEARSON | ) | |

**ORDER**

Pursuant to the  defendant's *Notice of Intent to Change Plea* (doc. # 22) filed on

March 16, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for

**March 20, 2006**, at **1:00 p.m.,**  in Courtroom 4B, United States Courthouse Complex, One

Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant

is in custody, the United States Marshal or the person having custody of the defendant shall

produce the defendant for the proceeding.

Done this 17th day of March, 2006.


　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE