| COURTROOM DEPUTY MINUTES | DATE: March 20, 2006 | FTR RECORDING: 1:16 - 1:27 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: JAMES DICKENS |

☐ ARRAIGNMENT        √ CHANGE OF PLEA        ☐ CONSENT PLEA

☐ RULE 44(c) HEARING        ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *1:05CR257-WHA-CSC*    **DEFENDANT NAME:** *GARY WAYNE PEARSON*

**AUSA:** *TODD BROWN*    **DEFENDANT ATTY:** *SAMUEL L. ADAMS*

Type Counsel: ( ) Waived;  (√) Retained;  ( ) Panel CJA;  ( ) CDO

**USPO:** *DOUG MATHIS*

Defendant ___ does   √   does NOT need and interpreter.  Name: _____

---

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel.  Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty  ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) __1__ of the **Indictment.**

☐ Count(s) _____    ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. √ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued √ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ☐ Sentencing on _____ ☐ Set by separate Order.