# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| DATE COMMENCED: | June 20, 2006 | AT: | 9:17 a.m. |
|---|---|---|---|
| DATE COMPLETED: | June 20, 2006 | AT: | 9:24 a.m. |

UNITED STATES OF AMERICA           )
                                   )
vs.                                )    CR. No. 1:05cr257-WHA
                                   )
GARY WAYNE PEARSON                 )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Terry Moorer | Samuel L. Adams |

**COURT OFFICIALS PRESENT**

Risa Entrekin, Court Reporter        Doug Mathis, USPO
Elna Behrman, Courtroom Deputy       Chris Puckett, Law Clerk

## COURTROOM PROCEEDINGS

(X)    **SENTENCING HEARING**

Hearing commences.
Defendant is sworn.
Parties have reviewed the presentence report and have no objections.
Court adopts the factual statements contained in the presentence report.
Sentence is stated.
No objections to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is directed to meet with the probation officer before leaving.